AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

**FILED**

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States District Court
Albuquerque, New Mexico
_____

Mitchell R. Elfers
Clerk of Court

| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. |
|  | ) | |
| A Maroon in color Ford Expedition bearing New Mexico | ) | 21-MR-963 |
| License Plate AZAK27 registered to Marquis Dezon | ) | |
| FLOYD | ) | |

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ **New Mexico** _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C § 924 (c) | Possession, brandish, and discharge of a firearm in furtherance of a violent crime |
| 18 U.S.C § 111 | Assaulting, resisting, or impeding Federal officers or employees |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jacob M. Naranjo / FBI Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ *(specify reliable electronic means)*.

Date:   July 14, 2021 _____

_____
*Judge's signature*

City and state:   Albuquerque, New Mexico _____

Kirtan Khalsa, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE SEARCH OF A
MAROON IN COLOR FORD EXPEDITION
BEARING NM LICENSE PLATE AZAK27
REGISTERED TO MARQUIS DEZON
FLOYD

Case No. _____

**Filed Under Seal**

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Jacob Naranjo, being first duly sworn, hereby depose and state as follows: being duly

sworn, make this affidavit in support of an application under Rule 41 of the Federal Rules of

Criminal Procedure for a warrant to search a maroon in color Ford Expedition bearing New

Mexico License Plate AZAK27 (hereinafter referred to as "Target Vehicle")

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have

been since February 2020.  I primarily investigate violations of narcotics statutes, the activities of

drug trafficking organizations and criminal enterprises, and offenses committed by members of

those organizations.  I completed a 21-week course at the FBI Academy in Quantico, Virginia,

where I received hundreds of hours of training in the investigation of violations of federal laws,

including narcotics offenses.  Additionally, I have received on the job training from other

experienced agents and law enforcement officers. My investigative training and experience

includes, but is not limited to, conducting surveillance, interviewing subjects, writing affidavits

for search and arrest warrants, collecting evidence, and learning legal matters which includes the

topics of fourth amendment searches.

2.     The facts in this affidavit come from my personal observations, my training and

experience, and information obtained from other law enforcement officers and witnesses. This

affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C § 924(c), that being unlawful to possess, brandish, and discharge or possess or use a firearm in furtherance of a violent crime; Title 18 U.S.C § 111, assaulting, resisting, or impeding Federal officers or employees have been committed, by Marquez DEZON FLOYD (hereinafter referred to as "FLOYD").

## BACKGROUND

4.      On 7/12/2021, the Federal Bureau of Investigation (FBI) obtained a Federal search warrant (21-MR-940) signed by the U.S. Magistrate Judge Kirtan Khalsa, for the body and DNA of FLOYD.

## PROBABLE CAUSE

5.      On July 14, 2021, at approximately 11:00 a.m., FBI Agents and Task Force Officers attempted to execute the aforementioned warrant on FLOYD near 2010 Wyoming Blvd NE, Albuquerque, New Mexico 87112.  Prior to the execution, FLOYD was identified as the driver of the Target Vehicle. FLOYD was followed from his residence to 2010 Wyoming Blvd NE, Albuquerque, New Mexico. FLOYD is the registered owner of the Target Vehicle. Law enforcement officers attempted to conduct a felony traffic stop the Target Vehicle by activating their vehicle emergency lights. The Target Vehicle came to a complete stop in the south parking lot behind 2010 Wyoming Blvd NE. Agents and Task Force Officers identified themselves as FBI and attempted to call FLOYD out the vehicle. FLOYD ignored the commands to get out of the vehicle. As Agents approached the Target Vehicle, FLOYD suddenly reached for and

obtained a firearm and fired one or more rounds at the Agents. The Agents returned fire striking

FLOYD. Agents saw a firearm inside the vehicle when FLOYD was removed from the vehicle.

6.      There is also probable cause to believe that the location information described in

Attachment B will constitute evidence of these criminal violations. Because this affidavit is

submitted for the limited purpose of seeking a search warrant for the Target Vehicle, I have not

set forth each and every fact learned during the course of this investigation. I have set forth only

the facts that I believe are necessary to establish the foundation for an order authorizing the

requested search warrant. As to the evidence sought and information to be searched is described

in the following paragraphs and in Attachments A and B, and there is probable cause to believe

that the Target Vehicle as described in **Attachment A** contain evidence, fruits, contraband, and

instrumentalities as described in **Attachment B** of violations of:

> a.  18 U.S.C. § 924(c): That being unlawful to possess, brandish, and discharge or
>     possess or use a firearm in furtherance of a violent crime
>
> b.  18 U.S.C. § 111: Assaulting, resisting, or impeding Federal officers or
>     employees

7.      Assistant United States Attorney Alexander Uballez has reviewed and approved this affidavit.

Respectfully submitted,

Jacob Naranjo
Special Agent
FBI

Subscribed and sworn to telephonically on July 14, 2021.

Kirtan Khalsa
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

A Maroon in color Ford Expedition bearing New Mexico License Plate AZAK27

registered to Marquis Dezon FLOYD.



## ATTACHMENT B

### Particular Things to be Seized

All items in relation to violations of Title 18 U.S.C § 924(c): that being unlawful to possess,

brandish, and discharge or possess or use a firearm in furtherance of a violent crime and 18

U.S.C. § 111: Assaulting, resisting, or impeding Federal officers or employees to include but

limited to: firearms and ammunition.